UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:22-CV-00317-FDW-DCK

| | |
|---|---|
| SONYA JACKSON-SHAKESPEARE AND COLIN SHAKESPEARE, <br><br>Plaintiffs, <br><br>v. <br><br>NOVANT HEALTHCARE INC., THE PRESBYTERIAN HOSPITAL D/B/A NOVANT HEALTH PRESBUTERIAN MEDICAL CENTER, AND FABIOLA PIERCY, <br><br>Defendants. | **ORDER** |

**THIS MATTER** is before the Court *sua sponte* following the filing of several documents in this matter, including pleadings filed at Doc. Nos. 74, 75, and 80. After reviewing these filings, the Court DIRECTS counsel for all parties to immediately confer and filed revised *jointly-prepared* pretrial submissions in accordance with this Court's standing orders, which also requires the parties to file a set of jointly-prepared jury instructions. See Doc. No. 14, pp. 8-13. If counsel fails to file revised jointly-prepared pretrial submissions in accordance with this Court's directives by 12:00 p.m. on Thursday, December 14, 2023, then all counsel shall show cause as to why counsel should not be found in contempt of court and/or sanctioned for failure to comply.

IT IS SO ORDERED.

Signed: December 13, 2023

Frank D. Whitney
United States District Judge