# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CASE NO. 3:22-CV-00317-FDW-DCK

| | |
|---|---|
| SONYA JACKSON-SHAKESPEARE AND COLIN SHAKESPEARE, <br><br> Plaintiffs, <br><br> v. <br><br> PRESBYTERIAN HOSPITAL; FABIOLA PIERCY; AND NOVANT HEALTHCARE INC., <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) **ORDER** <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**THIS MATTER** is before the Court *sua sponte* concerning Plaintiffs' failure to comply with this Court's Order directing all responses to Motions in Limine to be filed no later than February 8, 2024. (Doc. No. 82.) Specifically, Plaintiffs have failed to file *any* response to Defendants' Motion in Limine to Exclude Morgan Boyer, RN's Testimony, (Doc. No. 89), and Defendants' Motions in Limine to exclude evidence, statements, and argument at trial, (Doc. No. 91), and the time for doing so has expired.

The Court will allow Plaintiffs until 5:00 p.m. on Friday, February 16, 2024, to file responses to the pending Motions in Limine, and Plaintiffs shall include an explanation for the failure to timely file responses to these motions. Plaintiffs are cautioned that failure to file any response in light of this new deadline will be construed as not opposing the motions and may result in the Court summarily granting Defendants the relief that they seek in the pending motions.

IT IS SO ORDERED.

Signed: February 14, 2024

Frank D. Whitney
United States District Judge