UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:22-CV-00317-FDW-DCK

| SONYA JACKSON-SHAKESPEARE AND COLIN SHAKESPEARE, | ) | |
|---|---|---|
| Plaintiffs, | ) | |
| v. | ) | **ORDER** |
| PRESBYTERIAN HOSPITAL; FABIOLA PIERCY; AND NOVANT HEALTHCARE INC., | ) | |
| Defendants. | ) | |

**THIS MATTER** is before the Court on Plaintiffs' Motion for Reconsideration of this Court's Order denying their Motion to Continue Trial, (Doc. No. 101). Plaintiffs seek reconsideration of this ruling in light of a medical emergency experienced by Plaintiffs' counsel. Defendants filed a response indicating they did not take a position on the motion and requesting the Court allow them to propose dates for a new trial.

In light of the documented medical emergency experienced by Plaintiffs' counsel, the Court will GRANT the motion for reconsideration, (Doc. No. 101). The Court hereby continues this case from the March 4, 2024, trial setting to the Court's mixed trial term beginning on July 8, 2024. The Court will work with counsel for a peremptory setting within the Court's July term, and within fourteen (14) days of this Order, counsel should file any requests to accommodate previously-scheduled professional and personal commitments.

IT IS SO ORDERED.

_____
Frank D. Whitney
United States District Judge