IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:22-CV-317-FDW-DCK

| | |
|---|---|
| COLIN SHAKESPEARE, and SONYA JACKSON-SHAKESPEARE, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>NOVANT HEALTHCARE INC., )<br>PRESBYTERIAN HOSPITAL d/b/a )<br>NOVANT HEALTH PRESBYTERIAN )<br>MEDICAL CENTER, and FABIOLA )<br>PERCY, )<br>)<br>Defendants. )<br>) | **ORDER** |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 103) filed by Sharika M. Robinson, concerning Amos Nathanael Jones, on February 26, 2024. Amos Nathanael Jones seeks to appear as counsel *pro hac vice* for Plaintiffs. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will <u>grant</u> the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 103) is **GRANTED**. Amos Nathanael Jones is hereby admitted *pro hac vice* to represent Plaintiffs.

**SO ORDERED**.

Signed: February 26, 2024

David C. Keesler
United States Magistrate Judge