UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:22-CV-00317-FDW-DCK

| | |
|---|---|
| SONYA JACKSON-SHAKESPEARE and COLIN SHAKESPEARE,<br><br>Plaintiffs,<br><br>v.<br><br>PRESBYTERIAN HOSPITAL d/b/a NOVANT HEALTHCARE INC. and FABIOLA PIERCY,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)   **ORDER and NOTICE OF HEARING**<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**THIS MATTER** is before the Court *sua sponte* regarding the status of the case. In an Order granting Plaintiff's Motion to Reconsider Continuing Trial, (Doc. No. 104), the Court continued the trial in this matter to the mixed trial term beginning on July 8, 2024. On March 11, 2024, Defendants filed a response to the Court's Order detailing a variety of scheduling conflicts with the July trial term as well as this Court's trial terms through the remainder of the year. (Doc. No. 106.)

In light of the anticipated time needed for trial in this matter, the other cases currently pending on the Court's docket, and the scheduling conflicts identified by Defendants, the Court moves this trial from its current setting on July 8, 2024, to a peremptory trial setting to begin with docket call on April 22, 2024, at 9:00 a.m. in Courtroom 5B of the Charles R. Jonas Building, 401 W. Trade Street, Charlotte, North Carolina 28202. A Pretrial Conference to dispose of outstanding motions and related matters will be held after docket call. Immediately following the Pretrial

1

Conference, the Court will proceed with jury selection and commence the trial. The fifteen-hour time limit per side previously found necessary by this Court, (Doc. No. 93), shall remain in effect.

**IT IS SO ORDERED.**

Signed: March 12, 2024

Frank D. Whitney
United States District Judge