UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:22-CV-00317-FDW-DCK

| | |
|---|---|
| SONYA JACKSON-SHAKESPEARE and COLIN SHAKESPEARE, <br><br> Plaintiffs, <br><br> v. <br><br> NOVANT HEALTHCARE INC. et al, <br><br> Defendants. | **ORDER** |

**THIS MATTER** is before the Court on Defendant's Notice of Inquiry, (Doc. No. 120). If Plaintiffs have any response to that filing, it should be filed on the docket no later than 3:00 p.m. on April 18, 2024, so that the Court may promptly enter an order. This shortened briefing schedule is necessary in light of the close proximity of trial.

**IT IS SO ORDERED.**

Signed: April 17, 2024

Frank D. Whitney
United States District Judge